IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GODOY,<br><br>　　　　Plaintiff,<br><br>　　v<br><br>T. WADSWORTH et al.,<br><br>　　　　Defendants. | Case No . C 05-2913 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>July 10, 2007</u>.  The results of that proceeding are indicated below:

(1)　　The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

　　☒　Plaintiff

　　☐　Warden or warden's representative

　　☐　Office of the California Attorney General

　　☒　Other: California Department of Corrections and Rehabilitation, Timothy Patrick Murphy, Counsel.

1
2   (2)   The following individuals, parties, and/or representatives did not appear:
3   _____
4   _____
5   (3)   The outcome of the proceeding was:
6        ☐ The case has been completely settled.  The parties agree that a proposed
7   stipulated order for dismissal of this case will be filed within sixty days.
8        ☐ The case has been partially resolved and, on or before
9   _____, counsel for defendants shall file a joint stipulation specifying
10  those claims which have been resolved and those that remain to be resolved by the Court.
11       ☒ The parties agree to an additional follow up settlement on <u>August 30, 2007 at</u>
12  <u>10:00 a.m.</u>
13       ☐ The parties are unable to reach an agreement at this time.

Date: 8/7/07                                    _____
                                                Nandor J Vadas
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GODOY

v.

WADSWORTH

_____/

No.  C 05-2913 PJH

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**James Godoy**
K-53717
Pelican Bay State Prison
C-7105
P.O. Box 7500
Crescent City, CA 95532-7500

RICHARD W. WIEKING, CLERK

By:  /s/_____

Deputy Clerk

3