**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES GODOY,

    Plaintiff,

    v

T. WADSWORTH et al.,

    Defendants.

Case No C 0 05-2913 PJH

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on August 30, 2007. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☐ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation, Timothy Patrick Murphy, Counsel

1  (2)  The following individuals, parties, and/or representatives did not appear:
2  (3)  The outcome of the proceeding was:
3      ☐ The case has been completely settled.
4      ☐ The case has been partially resolved and, on or before
5   _____, counsel for defendants shall file a joint stipulation specifying
6  those claims which have been resolved and those that remain to be resolved by the Court.
7      ☒ The parties agree to an additional follow up settlement on <u>November 8, 2007 at</u>
8      <u>10:00 a.m.</u>.
9      ☐ The parties are unable to reach an agreement at this time.

Date: 9/4/07

Nandor J Vadas
United States Magistrate Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1
2   UNITED STATES DISTRICT COURT
3   NORTHERN DISTRICT OF CALIFORNIA
4
5   GODOY                                              No. C 05-2913 PJH
6   v.                                                 CERTIFICATE OF SERVICE
7   WADSWORTH
    _____/
8
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
9   District Court, Northern District of California.

10  That on September 4, 2007, I SERVED a true and correct copy of the attached, by placing
    said copy in a postage paid envelope addressed to the person(s) listed below, by
11  depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office
    delivery receptacle located in the Office of the Clerk.
12

13  **James Godoy**
    K-53717
14  Pelican Bay State Prison
    C-7105
15  P.O. Box 7500
    Crescent City, CA 95532-7500
16

17
18
19                                                     RICHARD W. WIEKING, CLERK
20
21
                                                       By:_____
22                                                            Deputy Clerk
23
24
25
26
27
28                                           3