1  Herman Franck, Esq. (SB #123476)
   Elizabeth Vogel, Esq. (SB #245772)
2  Cherie Ackerman, Esq. (SB #249107)
   Franck and Associates
3  1801 7th Street, Suite 150
4  Sacramento, CA 95811
   Tel. (916) 447-8400
5  Fax (916) 447-0720

6

7  Attorney for Plaintiff James Godoy

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12 | JAMES GODOY                    | Case No. C05-2913 PJH (PR)
13 |         Plaintiff,             | NOTICE OF SUBSTITUTION OF
14 |    vs.                         | ATTORNEYS: ORDER THEREON
15 | T. WADSWORTH, et al.
16 |         Defendants.
17

1 | Take notice that Plaintiff, James Godoy, herewith substitutes Herman Franck, Franck and
2 | Associates as his attorney in this action, instead of and in place of himself.

4 | The contact information for counsel for Plaintiff is:

> Herman Franck, Esq.
> Franck and Associates
> 1801 7th Street, Suite 150
> Sacramento, CA 95811
> Tel. (916) 447-8400
> Fax (916) 447-0720
> Email: franckherman@cs.com

Substitution approved:

_____
James Godoy, Plaintiff

Date: November 7, 2007

Substitution accepted by:

_____
Herman Franck, Esq.  (SB #123476)
Elizabeth Vogel, Esq. (SB #245772)
Cherie Ackerman, Esq. (SB #249107)
Franck and Associates

Date: November 14, 2007

SO ORDERED

_____
United States

Date: November 16, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Substitution of Attorney and Order Thereon