IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GODOY,<br><br>  Plaintiff,<br><br>  v<br><br>T. WADSWORTH et al.,<br><br>  Defendants. | Case No C 0 05-2913 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on January 11, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff through counsel, Herman Franck

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: California Department of Corrections and Rehabilitation, Timothy Patrick Murphy, Counsel

1   (2)     The following individuals, parties, and/or representatives did not appear:

2   (3)     The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement_____.

☒ The parties are unable to reach an agreement at this time. The parties agree to a jury trial before Judge Vadas. Counsel for California Department of Corrections and Rehabilitation shall prepare a stipulation and proposed order.

Date: January 14, 2008             _____
                                            Nandor J Vadas
                                            United States Magistrate Judge