1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9
10   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12

| JEFFREY L. HOLLOWAY, | Case No C 00-20644 JW |
|---|---|
| Plaintiff, | REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |
| v | |
| C. COHEN et al. | |
| Defendants. | |

A settlement conference in this matter was held on February 13, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☐ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General

☒ Other: Eugene Burton Elliot and Gregory McDonald

(2) The following individuals, parties, and/or representatives did not appear:

(3) The outcome of the proceeding was:

☒ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☐ The parties are unable to reach an agreement at this time.

Date: February 19, 2008

_____
Nandor J Vadas
United States Magistrate Judge