United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES GODOY,

Plaintiff,

T. WADSWORTH et al ,

Defendants.
_______________________________________/

No. C 05-2913 NJV

ORDER ON MOTION TO APPOINT COUNSEL

Plaintiff's motion to appoint counsel is DENIED. Plaintiff has obtained the services of Herman Franck privately.

SO ORDERED:

Dated: 3/18/08

______________________________
NANDOR J. VADAS
United States Magistrate Judge