IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GODOY, | No. C 05-2913 NJV |
| Plaintiff, | ORDER ON PLAINTIFF'S REQUEST TO VACATE MOTION DATE |
| T. WADSWORTH et al., | |
| Defendants. / | |

Plaintiff having moved to take off calendar this pending motion to permit disclosure of law enforcement personnel records, and the court having received no objection from opposing counsel, this matter is hereby taken off calendar without prejudice.

Dated: 4/14/08

_____
NANDOR J. VADAS
United States Magistrate Judge