Herman Franck, Esq. (SB #123476)
Elizabeth Vogel, Esq. (SB #245772)
FRANCK & ASSOCIATES
1801 7th Street, Suite 150
Sacramento, CA 95811
Tel. (916) 447-8400
Fax (916) 447-0720

Attorneys for Plaintiff James Godoy

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| JAMES GODOY.<br><br>        Plaintiff,<br><br>vs.<br><br>T. WADSWORTH, et al.<br><br>        Defendants. | Case No. C 05-2913 PJH (PR)<br><br>**STIPULATION FOR ORDER CONTINUING TRIAL DATE; ORDER THEREON**<br><br>Present Trial Date: August 31, 2009<br>New Trial Date: September 14, 2009 |

The parties hereby STIPULATE to the following ORDER CONTINUING TRIAL DATE, and state as follows:

1. During the January 22, 2009 hearing on the defendants' motion for summary judgment, the Court set a new trial date of August 31, 2009. Plaintiff's counsel had incorrectly understood that this date worked for his calendar. This was mistaken; plaintiff's counsel is set on another federal court trial [Fresno] during the same period. Plaintiff's counsel has asked defense counsel for a stipulation to change the trial date in light of this scheduling conflict, and defense counsel has so agreed.

1

2. The parties have confirmed a new trial date agreeable to all sides and the Court as follows: September 14, 2009.

3. Accordingly the parties hereby STIPULATE that the Court may enter an ORDER CONTINUING TRIAL DATE from August 27, 2009 to September 14, 2009.

SO STIPULATED:

_____  Dated: ~~January~~ F.S. 3, 2009
**Franck & Associates**
Herman Franck, Esq. [SBN 123456]
Attorney for Plaintiff
James Godoy

*Firm Address:*
1801 7th Street, Ste. 150
Sacramento, CA 95811
Tel. (916) 447-8400


_____  Dated: January 28, 2009
DOLORES M. DONOHOE, ESQ. (Bar No. 111432)
Attorneys for Defendants
T. Wadsworth, et al.

*Firm Address:*
EDRINGTON, SCHIRMER & MURPHY
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

**ORDER BASED ON STIPULATION**

The Court ACCEPTS the forgoing stipulation of the parties, and hereby ORDERS that the Trial date set for August 27, 2009 is VACATED and CONTINUED to September 14, 2009 at 9:00 a.m. in a Courtroom to be announced, but at the United States District Court in San Francisco, CA.

SO ORDERED:

_____   Dated: 2/10/09
Hon. Nandor Vadas, Judge of the United States
District Court for the Northern District of California