**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GODOY, | No. CV 05-02913 NJV |
| Plaintiff, | **ORDER GRANTING PLAINTIFF LEAVE TO SUPPLEMENT DISCOVERY RESPONSES** |
| v. | |
| T. WADSWORTH, et al., | |
| Defendants. | |

The court grants plaintiff leave to supplement his discovery responses as agreed by the parties. *See* Docket Nos. 207 & 210. Plaintiff must serve his supplemental discovery responses within 14 days of the filing of this order, by June 17, 2009.

**IT IS SO ORDERED.**

Dated: June 3, 2009

NANDOR J. VADAS
United States Magistrate Judge