**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   JAMES GODOY,                              No. C 05-2913
12          Plaintiffs,                        **SECOND MODIFIED** CASE MANAGEMENT
                                               AND PRETRIAL ORDER
13          v.
14   T. WADSWORTH, et al.,
15          Defendants.
     _____/
16
17          Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case management
     and pretrial order is entered:
18
19          1. TRIAL DATE:
20          a. Jury trial will begin on January 19, 2010 at 9:00 a.m. (location to be determined).
21          b. The length of the trial will be no more than seven days.
22          2. DISCOVERY
23          a. Experts shall be disclosed by November 26, 2008.
24          b. All discovery from experts shall be completed by January 9, 2009.
25          c. All non-expert discovery shall be completed by November 21, 2008.
26          d. In the event of a discovery dispute the parties shall use the following procedure:
27          Parties shall meet and confer in person or  by telephone, to attempt to resolve their
     dispute informally.  A mere exchange of letters or facsimile transmissions does not satisfy the
28   requirement to meet and confer.

1   If, after a good faith effort, the parties have not resolved their dispute, they shall prepare

2   a concise joint statement of less than three pages, without affidavits or exhibits, stating the

3   nature and status of their dispute.  If a joint statement is not possible, each side may submit

4   a one-page individual statement.  The court will advise the parties regarding the need, if any,

5   for formal briefing or a hearing.

6   3.  PLEADINGS

7   The parties are permitted to amend their pleadings as provided by Fed. R. Civ. P. 15.

8   Amended pleadings shall be served and filed by May 29, 2009.  The answer to an amended

9   complaint must be made within 10 days after service of the amended pleading.  Fed. R. Civ.

10   P. 15(a)(3).

11   4.  MOTIONS

12   a.  Except as provided under paragraphs 3 and 4(b), all motions shall be served and

13   filed by close of business December 19, 2008.  Any opposition shall be served and filed no

14   later than close of business December 31, 2008.  A hearing on all motions will be held on

15   January 22, 2009 at 1:00 p.m.

16   b.  The parties are permitted to file one (1) motion for summary judgment limited to any

17   new issues raised in the amended complaint.  This motion for summary judgment may not

18   raise any issues previously raised on summary judgment.  Any such motion shall be served

19   and filed by close of business July 6, 2009.  Any opposition shall be served and filed by close

20   of business July 20, 2009.  A reply to the opposition is not permitted.  **The parties are not**

21   **permitted to file supplemental briefs.**

22   5.  PRETRIAL CONFERENCE

23   a.  A final pretrial conference shall be telephonically held on <u>December 1, 2009</u> at 1:00

24   p.m. Each party shall participate in the conference personally or by counsel who will try the

25   case.

26   b.  **Not less than <u>thirty (30) days</u>** prior to the pretrial conference, counsel or parties

27   shall

28   (I)  serve and file a joint pretrial statement pursuant to Local Rule 16-10(b);

United States District Court

For the Northern District of California

2

1   The pretrial statement shall include the disclosures required by Fed. R. Civ. P. 26(a)(3)

2   as well as the following:

3   THE ACTION

4   Substance of the Action

5   Relief Prayed

6   FACTUAL BASIS FOR THE ACTION

7   Undisputed Facts

8   Disputed Factual Issues

9   Agreed Statement

10   Stipulations

11   DISPUTED LEGAL ISSUES

12   (List)

13   TRIAL PREPARATION

14   Witnesses to be Called

15   Exhibits, Schedules and Summaries

16   Trial

17   Estimate of Trial Time

18   Use of Discovery Responses at Trial

19   Further Discovery or Motions

20   MISCELLANEOUS

21   Any other concerns of the parties

22   c.   At the same time that the parties file their joint pretrial statement they shall also:

23   (ii)   Serve and file trial briefs, which shall specify each cause of

24   action and defense remaining to be tried along with a

25   statement of the applicable legal standard (no opposition

26   shall be filed);

27   d.  Serve and file a list of excerpts from discovery that will be offered at trial, specifying

28   the witness, page and line references and whether the excerpt is to be offered in lieu of

testimony or as impeachment;

**United States District Court**
For the Northern District of California

3

**United States District Court**
For the Northern District of California

1    e. Serve and file a list of witnesses likely to be called at trial, in person or by deposition,

2    other than solely for impeachment or rebuttal, with a brief statement describing the substance

3    of the testimony to be given;

4    f. Serve and file a numerical list of exhibits (including demonstrative exhibits that may

5    be admitted into evidence but not those that are purely illustrative), with a brief statement

6    describing the substance and purpose of each exhibit and the name of the sponsoring witness;

7    g. Exchange exhibits which shall be <u>premarked, tabbed</u> and <u>in binders</u> (plaintiff shall

8    use numbers and defendant shall use letters); and deliver the original and two duplicate sets

9    of all premarked exhibits to chambers (exhibits are not to be filed) at least one week before

10   trial.

11   (See Label)

12   UNITED STATES DISTRICT COURT

13   NORTHERN DISTRICT OF CALIFORNIA

14   Case No. _____

15   Exhibit No.  _____

16   Date entered:  _____

17

18   RICHARD W. WIEKING, Clerk

19   By:  _____

20   Deputy  Clerk

21   h. Serve and file proposed  joint voir dire questions and joint jury instructions for cases

22   to be tried by jury (further instructions regarding jury instructions below).

23   I. Serve and file a proposed verdict form which contains no reference to submitting

24   party.

25   j. **Two courtesy copies** of trial briefs and motions in limine shall be provided.

26   k. No party shall be permitted to call any witness or offer any exhibit in its case in chief

27   that is not disclosed in these pretrial filings without leave of court and for good cause.

28   6. **Not less than <u>fifteen (15) days</u>** prior to the pretrial conference, counsel or parties

shall serve and file any opposition or objection to those items required by section 3(e),(f), (I)

4

**United States District Court**
For the Northern District of California

1  (j), (k) and (l) of this order.  Additionally, counsel or parties shall file any objections to the

2  qualifications of expert witnesses contained in the opposing party's witness list. Objections not

3  filed as required will be deemed waived.  No replies shall be filed.  All motions and objections

4  shall be heard at the pretrial conference unless otherwise ordered.

5      7. JURY TRIAL

6          a. Counsel shall submit an **agreed upon set** of additional voir dire questions to

7  be posed by the court.  Any voir dire questions on which counsel cannot agree may be

8  submitted separately.  Counsel will be allowed brief follow-up voir dire after the court's

9  questioning.

10          b. The following jury instructions from the Manual of Model Civil Jury Instructions

11 for the Ninth Circuit (2007 Edition) will be given absent objection: 1.1A - 1.14, 1.18, 1.19,   2.1

12 - 2.2, 3.1 - 3.3.  The Ninth Circuit Manual of Model Jury Instructions is available on the website

13 for the U.S. District Court for the Northern District of California at www.cand.uscourts.gov.

14 Click on the 9th Circuit home page button at the lower left  of the first

15 screen and then choose the Manual from the list on the right hand side of the next screen.

16 Counsel shall submit an agreed upon set of case specific instructions, using the Ninth Circuit

17 Manual where appropriate.  Do not submit duplicates of those listed above.  Any instructions

18 on which counsel cannot agree may be submitted separately. Each requested instruction shall

19 be typed in full on a separate page with citations to the authority upon which it is based <u>and</u>

20 a reference to the party submitting it.  A **second blind copy** of each instruction and verdict

21 form shall also be submitted omitting the citation to the authority and the reference to the

22 submitting party.

23      8. All documents filed with the Clerk of the Court shall list the civil case number

24 followed by the initials NJV.  One copy shall be clearly marked **chambers** copy.

25

26 DATED:  June 4, 2009

27  _____

28  NANDOR J. VADAS
   United States Magistrate Judge