IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES GODOY,                                                          No. C 05-2913 NJV

        Plaintiff,                                                               ORDER

T. WADSWORTH et al ,

        Defendants.
_____/

     The Court has received plaintiff's request for leave to file the final version of his amended complaint in the above-captioned matter. (Doc. No. 211)  The court interprets plaintiff's request to file the amended complaint "in the version as submitted on May 28, 2009," to mean the first amended complaint filed on May 29, 2009, at Docket No. 206.  The court grants plaintiff's request. Going forward, the first amended complaint filed on May 29, 2009, will be the operative complaint for this matter.  Defendants' objections to the first amended complaint and plaintiff's objections to the currently set trial date will be discussed at the status hearing set for June 16, 2009.

SO ORDERED:

Dated: June 9, 2009

                                               NANDOR J. VADAS
                                               United States Magistrate Judge