United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GODOY,

    Plaintiff,

  v.

T. WADSWORTH, et al.,

    Defendants.
_____/

No. C 05-2913 NJV

ORDER AFTER HEARING

A phone status conference was held on June 16, 2009. At the status conference, the court addressed Defendants' Motions to Dismiss (Docket Nos. 209, 216-218), and Defendant Allen's proposed motion for summary judgement. The court grants leave for Defendant Allen to file one additional summary judgment motion of no more than five pages, addressing new issues regarding only defendant Allen that have not already been adjudicated and that arise out of the First Amended Complaint (Docket No. 206). Plaintiff shall file a single response to both the Motion to Dismiss and the Summary Judgment Motion. Defendant Allen shall file his summary judgement motion no later than June 25, 2009. Plaintiff shall file his consolidated response to the Motion to Dismiss, and the Summary Judgment Motion no later than July 17, 2009. The matter shall be deemed submitted on the papers. The hearing on Defendants' Motion to Dismiss presently scheduled for July 7, 2009 is VACATED.

The January trial date remains in effect as do all other dates scheduled in the Second Modified Case Management Order (Docket No. 213).

SO ORDERED:

Dated: June 17, 2009.

                                              NANDOR J. VADAS
                                              United States Magistrate Judge