IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

JAMES GODOY,

        Plaintiff,

        v.

T. WADSWORTH, et al.,

        Defendants.
        _____/

No. C 05-2913-NJV

ORDER RE: ISSUANCE OF WRITS OF HABEAS CORPUS AD TESIFICANDUM

        On December 18, 2009, the parties appeared before the court for a final pretrial conference. On December 17, 2009, Defendants filed a Memorandum in Opposition (Docket Item No. 254) to the issuance of the Writs of Habeas Corpus Ad Tesificandum ("Writs") requested by Plaintiff. (Docket Item Nos. 250 and 251) At the pretrial conference, Defendants voiced concerns regarding the number of inmate- witnesses requested by Plaintiff. Defendants raised security concerns, and opined that the number of witnesses was burdensome. Plaintiff agreed to work with Defendants to reduce the number of inmate-witnesses, and to file amended applications for the requested writs.

        On December 21, 2009, Plaintiff filed two amended applications for writs reducing his request to a total of 12 inmates to be transported from two prisons for trial ("Amended Writs").

(Docket Item Nos. 258-261)  Defendants have opposed the Amended Writs on basically the same grounds as before. (Docket Item No. 262) Defendants also claim that several of the prisoners are no longer housed at Pelican Bay State Prison. *Id.*  The court notes that it is Plaintiff's responsibility to present the court with the appropriate and accurate writ for transportation of prisoners. The court *will not* grant a motion to continue the trial date based on Plaintiff's timely failure to do so.

At the pretrial conference, Plaintiff and Defendants agreed to a procedure by which Plaintiff would reduce the number of inmates to be transported, and to give reasons why their testimony is relevant at trial. Plaintiff has done so, and Defendants' objections as to the form of Plaintiff's pleadings are untimely. Further, applying the test formulated in *Green v. Prunty, et al.,* 938 F. Supp. 637 (S.D. Cal. 1996) the court finds that the inmate-witness testimony requested by Plaintiff in his Amended Writs is both relevant and necessary. Further, the court finds that the probative value of the testimony justifies the expense and security risk associated with transporting the inmate-witnesses to court from the correctional facilities.

Therefore, the court GRANTS both of Plaintiff"s Amended Applications for Order and Issuance of Writ of Habeas Corpus Ad Testificandum to Transport Inmates, and DENIES Defendants' oppositions to the Amended Writs.

IT IS SO ORDERED.

Dated: December 22, 2009

_____
NANDOR J. VADAS
United States Magistrate Judge

2