UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GODOY,

        Plaintiff(s),

  v.

T. WADSWORTH et al.,

        Defendant(s).

No. C 05-2913 NJV

ORDER

The court having reviewed Plaintiff's Request for Order Requiring Defendants to Advise Plaintiff's Counsel of the Whereabouts of Inmate Witnesses Previously Interviewed by Special Services Unit, and the response of defendants, THE COURT HEREBY ORDERS the parties to cooperate regarding the service of subpoenas of all inmate witnesses.

Dated: 12/30/09

_____
NANDOR J. VADAS
United States Magistrate Judge