**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GODOY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T. WADSWORTH, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. CV 05-02913 NJV<br><br>**ORDER REQUIRING PLAINTIFF TO FILE OBJECTIONS TO DEFENDANTS' JURY INSTRUCTIONS AND PLAINTIFF'S PROPOSED JURY INSTRUCTIONS** |

In Plaintiff's generalized objections to Defendants' trial documents (Doc. No. 248), he states that he approves of Defendants' jury instructions and that Plaintiff would submit jury instructions on Plaintiff's due process claims. During the final pretrial conference, however, Plaintiff's counsel stated that he had three objections to Defendants' jury instructions. Plaintiff has not yet filed his objections to Defendants' jury instructions or his due process jury instructions. Plaintiff has repeatedly failed to follow this Court's orders and instructions. Plaintiff is ordered to file his due process jury instructions, related verdict forms, and objections to Defendants' jury instructions by **Thursday, January 14, 2010**.

**IT IS SO ORDERED.**

Dated: January 12, 2010

NANDOR J. VADAS
United States Magistrate Judge