TIMOTHY P. MURPHY, Esq. (Bar No. 120920)
DOLORES M. DONOHOE, Esq. (Bar No. 111432)
EDRINGTON, SCHIRMER & MURPHY
The Terraces, 2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorneys for Respondent CALIFORNIA DEPARTMENT
OF CORRECTIONS AND REHABILITATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| JAMES GODOY,<br><br>Plaintiff,<br><br>v.<br><br>T. WADSWORTH, et al.<br><br>Defendants. | Case No. C 05-2913 NJV<br><br>**CDCR'S REQUEST FOR FURTHER ORDER RE: PLAINTIFF'S WRITS OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATES**<br><br>TRIAL DATE: January 19, 2010<br>TIME: 9:00 a.m.<br>COURTROOM: 2, 17th Floor<br>JUDGE: THE HONORABLE NANDOR J. VADAS |

Respondent CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION ("CDCR") requests that the Court further order that plaintiff's counsel is required to notify defense counsel 24 hours before plaintiff intends to call the individual witnesses that are subject to this Courts Writs of Habeas Corpus Ad Testificandum to Transport and that CDCR is not required to transport any inmates to Court until that specific date.

Specifically, this order would apply to the following inmates that are subject to this Court's Writs of Habeas Corpus Ad Testificandum:

From Pelican Bay State Prison: Benjamin Lemus, Benny Lopez and Johnny Rodriguez

From: California Men's Coloney: Loni Delaney

From California State Prison, Sacramento, Represa: Art Gonzalez

1

CDCR'S OPPOSITION TO PLAINTIFF'S WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATES

From Ironwood State Prison: Antonio Zendejas

From California Correctional Institute, Tehachipi: Jose Patino

From Calipatria State Prison: Santiago Rodriguez.

Pursuant to this Court's Order that parties cooperate in connection with the transport, CDCR has advised plaintiff's counsel of this request by email dated January 11, 2010. Plaintiff's counsel does not object to this request.

Dated: January 12, 2010                    EDRINGTON, SCHIRMER & MURPHY

By: _____
DOLORES M. DONOHOE, ESQ.
Attorneys for Defendants
T. WADSWORTH, JOE McGRATH, JEAN S. WOODFORD, P. GELINAS, N. NAVARRO, M. MOORE, J. BACHMAN, J. ALLMAN, S. FREEMAN, K. OSBORNE, T. L. NELSON, J. McKINNEY, L. POLK, MARK CASTELLAW, EVERETT D. Allen, and S. WHEELER

## ORDER

Good cause appearing, Plaintiff's counsel is ordered to notify defense counsel 24 hours prior to the time he intends to call the following inmates:

Benjamin Lemus,

Benny Lopez

Johnny Rodriguez

 Loni Delaney

Art Gonzalez

Antonio Zendejas

Jose Patino

Santiago Rodriguez.

CDCR'S OPPOSITION TO PLAINTIFF'S WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATES

1  CDCR is required to transport the above witnesses to Court only on the date specified for
2  their testimony.
3
4  **IT SO ORDERED.**
5  DATED: 1/13/10

                                              Nandor J. Vadas
                                              UNITED STATES MAGISTRATE JUDGE