**NOT FOR CITATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GODOY,<br><br>        Plaintiff,<br><br>v.<br><br>T. WADSWORTH, et al.,<br><br>        Defendants. | No. CV 05-02913 NJV<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br>(Doc. No. 287) |

      Defendants have requested that the Court take judicial notice of 15 Cal. Code of Regulations §§ 3084.1 and 3084.6 (Docket No. 287). Plaintiff has not filed an opposition. Under Federal Rule of Evidence 201, "[a] judicially noticed fact must be one not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Without addressing whether it is necessary to request judicial notice of state statutes or regulations, the Court finds that the documents at issue meet the requirements of Rule 201, and Defendants' request for judicial notice is **GRANTED**. *See U.S. v. Garcia*, 555 F.2d 708, 711 (9th Cir. 1977) (court may properly take judicial notice of state law).

Dated: January 15, 2010

                                                        NANDOR J. VADAS
                                                        United States Magistrate Judge