**FILED**

JAN 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES GODOY,

          Plaintiff(s),

    v.

T. WADSWORTH, et al.

          Defendant(s).

No. C-05-2913 NVJ

ORDER DIRECTING JURY COMMISSIONER TO FURNISH DAILY REFRESHMENTS AND LUNCH DURING DELIBERATION

IT IS HEREBY ORDERED that the United Sates District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitled matter commencing on Wednesday, January 20, 2010 and during the deliberation lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

IT IS SO ORDERED.

Dated: 1/15/10

NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California